# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas
### U.S. Court House
### 600 West Capitol, Suite A149
### Little Rock, Arkansas 72201-3325

### * * MAILING CERTIFICATE OF CLERK * *

Re: 2:11-cv-18

True and correct copies of document # **102, 103** along with a copy of the NEF were mailed by the clerk to the following on 01/09/2012

Travis France
2230 South 21st Street
Rogers, AR 72756

**You chose to print mailing labels.**

**You chose to print the NEF.**

**Preparing documents for the printer:** *dktng-IM8530...*

request id is dktng-IM8530-69996 (1 file(s))
request id is dktng-IM8530-69997 (1 file(s))

request id is dktng-IM8530-69999 (1 file(s))